# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LAWRENCE ISAAC

NO. 2023 KW 0916

**NOVEMBER 20, 2023**

---

In Re:    Lawrence Isaac, applying for supervisory writs, 18th Judicial District Court, Parish of West Baton Rouge, No. 230603.

---

**BEFORE:    GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a file-stamped copy of the motion to quash, the district court's ruling on the motion, the State's response, if any, the bill of information, pertinent district court minutes, and any other portion of the district court record that might support the claims raised in the writ application. Therefore, this court cannot adequately review the ruling at issue herein. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

JMG
WRC
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT